NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD J. RICHARD,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1821

---

Appeal from the United States Court of Federal Claims in No. 1:26-cv-00333-RMM, Judge Robin M. Meriweather.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Ronald J. Richard's failure to respond to the court's June 5, 2026 order,

IT IS ORDERED THAT:

(1) Pursuant to the court's June 5, 2026 order, this appeal is dismissed, and any pending motion is denied.

2                                                              RICHARD v. US

(2)  Each side shall bear its own costs.

FOR THE COURT



August 11, 2026                              Jarrett B. Perlow
Date                                         Clerk of Court